UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA ROBINSON and COMMONWEALTH SECOND AMENDMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> GEOFFREY D. NOBLE, in his official capacity as Colonel of the Massachusetts State Police,[1] <br><br> Defendant. | CIVIL ACTION NO. 1:24-cv-11984 <br><br> **STIPULATION OF DISMISSAL** |

The Plaintiffs and Defendants, by their undersigned counsel, hereby stipulate and agree to the dismissal of this action, without prejudice and without costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: October 4, 2024

Respectfully submitted,

| THE PLAINTIFFS, <br> By their attorneys, | THE DEFENDANT, <br> By his attorneys, |
|---|---|
| /s/ David D. Jensen <br> David D. Jensen <br> Admitted *pro hac vice* <br> David Jensen PLLC <br> 33 Henry Street <br> Beacon, New York 12508 <br> Tel: 212.380.6615 <br> david@djensenpllc.com | /s/ Timothy J. Casey <br> Timothy J. Casey (BBO No. 650913) <br> Assistant Attorney General <br> Government Bureau <br> One Ashburton Place <br> Boston, MA 02108 <br> (617) 963-2043 <br> Timothy.Casey@mass.gov |

---

[1] FRCP 25(d) provides that a "successor [public official] is automatically substituted as a party."

-2-

| | |
|---|---|
| Jason A. Guida | Erin E. Fowler, BBO #707188 |
| BBO # 667252 | Assistant Attorney General |
| Principe & Strasnick, P.C. | Office of the Attorney General |
| 17 Lark Avenue | Government Bureau |
| Saugus, MA 01960 | One Ashburton Place |
| Tel: 617.383.4652 | Boston, MA 02108-1698 |
| Fax: 781.233.9192 | Erin.E.Fowler@mass.gov |
| jason@lawguida.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 4, 2024.

/s/ David D. Jensen
David D. Jensen